IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AFA TUATO, et al.,

    Plaintiffs,

vs.        Civ. No. 00-269 KBM/WWD

WILLIAM R. BROWN, et al.,

    Defendants.

MEMORANDUM OPINION AND ORDER

    This matter comes before the Court as the result of a Rule 16 conference held on August 7, 2000. As a result of Plaintiffs' failure to serve reports from their experts in a timely fashion, it is necessary to make certain adjustments in the pretrial deadlines as well as otherwise.

    **WHEREFORE,**

    **IT IS ORDERED** that discovery in this cause shall be completed by November 30, 2000.

    **IT IS FURTHER ORDERED** that the deadlines for pretrial events are modified as follows:

        Reports due from defense experts by September 8, 2000;

        Discovery motion packets shall be filed with the Court by January 8, 2001;

        Pretrial motion packets shall be filed with the Court by February 15, 2001;

        Pretrial Order: Plaintiffs to Defendants by February 20, 2001; Defendants to Court by March 2, 2001.

**IT IS FURTHER ORDERED** that in the sequencing of the depositions of experts, that Plaintiffs' experts shall be deposed before the defense experts are deposed.

**FINALLY, IT IS ORDERED** that Plaintiffs shall pay to Defendants the costs of supplementing the report of defense expert Brian Charles, provided that such expense shall not exceed $900.00.

_____
UNITED STATES MAGISTRATE JUDGE